Robert Joseph Lillie
Plaintiff's full name(s)

00-000000001119-004
Prisoner or registration number

201 Cherry Ct.
Street address or postal box number

Terre Haute, I.N. 47807
City, state and zip code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

2:07-cv-0259 LJM-WTL
Civil Action No. _____

(To be supplied by the Court)

Robert Joseph Lillie

_____ Plaintiff(s)

Full name(s) (Do not use *et al.*)

v.

Sheriff John Marvel
Commander Mike Ciali
Ass. Commander Dan Lee
Nurse Paula Slater

_____ Defendant(s).

(Enter above the full name of ALL defendants in this action.
Do not use "et al.")

## CIVIL RIGHTS COMPLAINT

## I. Parties

**A. Plaintiff's Information:**

Name and Prisoner Number of Plaintiff: Robert Lillie 00-000000001119-007

Present Place of Confinement or Mailing Address: Vigo County Jail 201 Cherry St. Terre Haute, In. 47807

**B. Defendant's Information:** *(NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.)*

All of the defendents acted under color of any statute, ordinance, regulation, custom or usage of any State or territory, or the District of Columbia

Name of Defendant 1: John Marvel

Title (If applicable): Sheriff

Address of Defendant: 201 Cherry St. Terre Haute, IN 47807

Name of Defendant 2: Mike Ciolli

Title (If applicable): Jail Commander

Address of Defendant: 201 Cherry St. Terre Haute IN 47807

Name of Defendant 3: Dan Lee

Title (If applicable): Assistant Jail Commander

Address of Defendant: 201 Cherry St. Terre Haute IN. 47807

Name of Defendant 4: Paula Slater

Title (If applicable): Head Nurse

Address of Defendant: 201 Cherry St. Terre Haute IN. 47807

John Newman
officer in Charge
201 Cherry St. Terre Haute In.

## II. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331.    *(If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.)*

__28__ U.S.C. § __1343(a)3__          __28__ U.S.C § __2283__

__28__ U.S.C. § __2201__          __28__ U.S.C § __2284__

__28__ U.S.C § __2202__          rule 65 of Federal Rules of Civil Procedure

## III. Basis for Claims

Check any Applicable Item(s):

__✓__        Complaint Under the Civil Rights Act, **42 U.S.C. § 1983**(state, county, or municipal defendants)

_____        Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

_____        **Other** (cite statute, if known)_____

## IV. Claims

**BRIEFLY** state the background of your case:

I was incarcerated in 2006 as well as my present incarceration and I have been subjected to extreme duress. This based on a lack of due process, access to the courts and a number of other violated rights. This is the bases of the totality of conditions theory among other violations for this suit.

**Claim I:** (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)✱ sh. Marvel is included in all the claims because he is legally responsible for the operation of it

‡ inadequate food proportions / deliberate indifference to dietary need.

◦ dan Lee is over the kitchen operations and it is a continual probl the trays are very small and he has deliberately ignored my complaints the previous recommends to the problem on numerous occasions.

‡ deliberate neglect to medical needs. ◦ Paula Gath needed to allow proper me treatment in 08/06 as well as 05/07. In Aug. 06: I broke my hand in an injury remanded after exam. and was given non-aspirins and sent back to the s May 07 I contracted staff infection. I was given antibiotics and sent back and was charged for a medical

8th Amendment violations

✱ All of the claims are supported by evidence

for treatment even though the Commander agree~ to it ± ~ntinua over-crowding and improper placement of known violent felons. ① Dan Lee / Ciolli are the commanders responsible it was the feature story on The news Aug. 06 and i~ a continual problem.

**1st, 5th + 14th Amendments**

Claim II: ① Commanders' Lee and Ciolli are in Charge, In my 06 incarceration; I wasn't allowed to attend my pretrial on 08·07·06 or 11/22/~

② I talked to my public defender once before my original trial date, which caused me to fire and hire a paid attorney. Which In result did the same thing.

- Lack of due process - There isn't an appropriate grievence system for resolution; There aren't any appeal forms, and some of the grievences I've filed never got a reply meaning they totally disregarded the complaint.

- There isn't a law library, I've talk to Commander Ciolli as well as hee written request and grievences during my stay in 06' as well as this time.

- Also tampering with mail; I sent the district my first communication on the 30th of July without recieving a reply, and other violations involving the mail

**8th Amendment**

Claim III: cruel and unusual punishment on 9-9-06. Commander hee put me in segregation holding and did the same thing on 8-14-07 over the same situation involving my dietary needs. on 8/14/07 they put me in a one-man holding segregation with an inmate already in there with 80° plus temperatures. Previously filed for a "habeas corpus" for violating the omnibus date, its been 90 days they haven't turned any eviden in against me and I didn't recieve a reply. All of the above leads

to duress which causes one to make irrational decisions, constant and continual excessive bonds

### V. Previous Lawsuits and Administrative Relief

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

_____ Yes     ✓ No

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe th~ additional lawsuits using this same format on a blank sheet which you should label "IV. Previou~ Lawsuits and Administrative Relief".)

a.    Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b. Name and location of court and docket number: _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

. f. Approximate date of disposition: _____

2. I have previously exhausted available administrative remedies regarding the or events acts complained of in Part III of this complaint. ___✓___ Yes _____ No

If your answer is "Yes," briefly describe how relief was sought and the result:

There hasn't been any permenent relief but I have exhausted and tried to resolve the situation myself. Any remedies administered only lasted for a limited time and that only pertained to the dietary supplements

## VI. Previously Dismissed Actions or Appeals

1. If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "V. Previously Dismissed Actions or Appeals."

a. Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b. Name and location of court and docket number: _____

c. Grounds for dismissal:

( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit: _____

e.  Approximate date of disposition: _____

## VII.  Request for Relief

I request the following relief:

I am requesting for access to a law library, as well as access to the courts. To stop violating all of the rights previously stated in section III. Institute an adequate medical care system that doesn't neglect the proper need of individuals. To set up and maintain a proper nutritional diet and to stop overcrowding, which is a cause and effect problem. I am also requesting money damages in the defende individual and official capacities which compensates for physical, mental and emotional injuries and reimbursement of expenses caused by the incarceration and injustices.

_____
Signature of attorney (if any)

_____
Plaintiff's Signature

Date: 9/9/06

Run: 6-SEP-2007 10:51               VIGO COUNTY SHERIFF                                            Page:   1

CTR02 - Run By: JONES,JANET

                                    J A I L   M A N A G E M E N T
                                 INMATE COMMISSARY TRANSACTIONS BY DATE
AGENCY:                              01/01/1900  THRU  09/06/2007

   INMATE'S ID NUMBER/SUFFIX:  000000001119-007    INMATE'S NAME:  LILLIE,ROBERT JOSEPH        STARTING BALANCE:    $154.32

| COMMISSARY TRN NUMBER | COMMISSARY DATE | TIME | PREVIOUS BALANCE | ITEM DESCRIPTION | TOTAL COST | ITEM QNTY | TOTAL PURCHASE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|
| 000001061197 | 05/16/2007 | 1006 | $154.32 | MEDS 5/15 MED VISIT,CLINDAMYCIN | $20.00 | 1 | $20.00 | $134.32 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $20.00 |  |
| 000001064759 | 07/26/2007 | 1630 | $134.32 | COMM | $16.55 | 1 | $16.55 | $117.77 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $16.55 |  |
| 000001065050 | 08/02/2007 | 1800 | $117.77 | COMM | $12.50 | 1 | $12.50 | $105.27 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $12.50 |  |
| 000001065338 | 08/09/2007 | 1558 | $105.27 | COMM | $9.10 | 1 | $9.10 | $96.17 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $9.10 |  |
| 000001065400 | 08/10/2007 | 2306 | $96.17 | MAIL/28999 | $20.00 | 1 | $20.00 | $116.17 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $20.00 |  |
| 000001065589 | 08/15/2007 | 1921 | $116.17 | MAIL/29099 | $25.00 | 1 | $25.00 | $141.17 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $25.00 |  |
| 000001065793 | 08/21/2007 | 1620 | $141.17 | COMM | $9.10 | 1 | $9.10 | $132.07 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $9.10 |  |
| 000001066047 | 08/28/2007 | 1739 | $132.07 | COMM | $10.80 | 1 | $10.80 | $121.27 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $10.80 |  |
| 000001066230 | 09/04/2007 | 1704 | $121.27 | COMM | $11.10 | 1 | $11.10 | $110.17 |
|  |  |  |  | (TRANSACTION TOTAL) --------> |  |  | $11.10 |  |

                                        INMATE TOTAL PURCHASE -------------->        $0.00
                                        OTHER DEDUCTIONS (MEDICAL,DEDT)----->       $89.15
                                        TOTAL ADDITIONS TO BALANCE (PAID)--->       $45.00